IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATASHA LOVE PONZE, | CV 24-110-BLG-DLC |
| Plaintiff, | |
| vs. | ORDER |
| MONTANA WOMEN'S PRISON, ET AL., | |
| Defendants. | |

Plaintiff Natasha Love Ponze has requested dismissal of this matter. (Doc. 11.) Defendants had previously filed a motion to dismiss, but now consent to a dismissal without prejudice of Ponze's Complaint. Federal Rule of Civil Procedure 41(a)(2) provides an avenue for voluntary dismissal. Accordingly, Ponze's Motion to Dismiss is GRANTED. The above-referenced matter is DISMISSED without prejudice. The Clerk of Court is directed to close the case.

DATED this 17th day of December, 2024.

_____
Dana L. Christensen, District Judge
United States District Court